### BLAIR v. M. McCORMACK CONST. CO.

(Supreme Court, Appellate Division, Second Department. December 23, 1907.)

Appeal from Trial Term, Queens County.

Action by Louise Blair against the M. McCormack Construction Company. From an order setting aside the verdict, plaintiff appeals. Reversed, and verdict reinstated.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, HOOKER, and MILLER, JJ.

PER CURIAM. Order reversed, with costs and disbursements, and verdict reinstated. See Frank Blair v. M. McCormack Construction Company (decided herewith) 107 N. Y. Supp. 750.

HIRSCHBERG, P. J., not voting.